IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 17-cv-02157-CMA-KMT

In re:
MOLYCORP MINERALS, LLC,

PAUL E. HARNER, Chapter 11 Trustee,

    Plaintiff,

v.

MODERN CUSTOM FABRICATION, INC., and
WEIR MINERALS NORTH AMERICA,

    Defendants.

## ORDER AFFIRMING AND ADOPTING THE JULY 23, 2018, RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on the July 23, 2018, Recommendation by United States Magistrate Judge Kathleen M. Tafoya that Defendant Weir Minerals North America's Motion to Dismiss Counts Seven and Eight of Plaintiff's Complaint (Doc. # 32) be granted. (Doc. # 58.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 58 at 8–9.) Despite this advisement, no party filed objections to Magistrate

Judge Tafoya's Recommendation. "In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.")).

The Court has reviewed all the relevant pleadings concerning Defendant Weir Mineral North America's Motion to Dismiss Counts Seven and Eight and the Recommendation, in addition to applicable portions of the record and relevant legal authority. It is satisfied that that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a).

Accordingly, the Court ORDERS as follows:

1. The Report and Recommendation of United States Magistrate Judge Tafoya (Doc. # 58) is AFFIRMED and ADOPTED;
2. Defendant Weir Mineral North America's Motion to Dismiss Counts Seven and Eight of Plaintiff's Complaint (Doc. # 32) is GRANTED.
3. Counts Seven and Eight of Plaintiff's Complaint, *see* (Doc. # 4 at 13–17) are DISMISSED WITH PREJUDICE.

DATED: August 20, 2018

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge